JULIA C. CUFFE, Respondent, v. ST. MARGARET'S ROMAN CATHOLIC SOCIETY, Appellant.— Judgment and order affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of the breaking of a railing on which plaintiff was resting her hand, causing plaintiff to be thrown down several steps. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See 268 App. Div. 820.]

THOMAS J. CUFFE, Respondent, v. ST. MARGARET'S ROMAN CATHOLIC SOCIETY, Appellant.— Same decision and like cause of action as in companion case of *Cuffe* v. *St. Margaret's Roman Catholic Society* (*ante*, p. 1034, decided herewith). Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See 268 App. Div. 820.]

MARION T. McLANE, Respondent, v. ELLICOTT SQUARE COMPANY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment is for plaintiff in an action by an assignee to recover eight installments of interest, with interest on each installment, on first mortgage bonds. The order granted plaintiff's motion for summary judgment.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

ELIZABETH LEE, Appellant, v. SINCLAIR REFINING COMPANY, Respondent. ANDREW LEE, Appellant, v. SINCLAIR REFINING COMPANY, Respondent.— Judgment and ordered affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment is for plaintiffs in consolidated actions for damages for personal injuries sustained by plaintiff Elizabeth Lee when a sign fell and struck her, and for damages for loss of services of and medical attendance for the wife of plaintiff Andrew Lee. The order denies plaintiffs' motion for a new trial on the ground that the verdicts are inadequate.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

GERTRUDE WOLLABER, as Administratrix of the Estate of FLOYD C. WOLLABER, Deceased, Appellant, v. YORKSHIRE INDEMNITY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action under a liability insurance policy.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GEORGE A. MORSE, as Administrator of the Estate of ALICE C. CATTEAU, Deceased, Appellant, v. CLARA V. N. MILLER, Individually and as Executrix of IRVING G. MILLER, Deceased, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 801.]. Present — Cunningham, P. J., Dowling, Harris and McCurn, JJ.

FRANCIS J. KOLBER, Appellant, v. ERIE COUNTY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 855.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

RAYMOND MERRITT, Appellant, v. CLIFFORD NEWMAN et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 855.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

MERLE E. JACOBS, as Administrator of the Estate of HENRY A. JACOBS, Deceased, Respondent, v. ELLA L. JACK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 938.] Present — Cunningham, P. J., Dowling, Harris and McCurn, JJ.